IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ROBBINS,<br><br>Plaintiff<br><br>v.<br><br>PLAYHOUSE LOUNGE, et al.<br><br>Defendant. | No: 1:19-cv-08387-NLH-KMW<br><br>**Civ. Rule 7.1.1 Statement** |

Pursuant to Local Civil Rule 7.1.1 and in accordance with the Court's June 25, 2021 Order, Plaintiff Heather Robbins ("Plaintiff") by and through undersigned counsel, states that no person or entity that is not a party is providing funding to Plaintiff for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan.

**SWARTZ SWIDLER, LLC**

/s/ *Joshua S. Boeytte*
Joshua S. Boyette Esq.

Dated: August 5, 2021