# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ROBBINS,<br><br>           Plaintiff,<br><br>   v.<br><br>PLAYHOUSE LOUNGE,<br><br>           Defendant. | Civil Action No.:<br>1:19-cv-08387 |

## PLAINTIFFS' CONSENT MOTION FOR APPROVAL OF SETTLEMENT

Named Plaintiff Heather Robbins ("Robbins") by and through undersigned counsel, and on behalf of Putative Opt-In Plaintiff Allison Towers ("Towers") (collectively "Plaintiffs"), hereby asserts as follows in support of her Consent Motion for Approval of Settlement of FLSA Claims:

1.    Plaintiffs, with consent of Defendants, seek this Court approve the release of their pursuant to the settlement agreements entered into with Defendants, which are attached to this Motion for the Court's review.

2.    Robbins seeks such relief because the release of such claims resolve a *bona fide* dispute, are fair and reasonable, and will not frustrate the purpose or implementation of FLSA.

3.    Plaintiffs further seek the Court find that the attorneys fees allocated in the agreements constitute reasonable and permissible fees based on the hours expended by Plaintiffs' counsel

4.    Plaintiffs rely on the attached Brief and Memorandum of Law and exhibits in support of this Motion.

Respectfully submitted,

*/s/ Joshua S. Boyette*

                                                Joshua S. Boyette, Esq.
**SWARTZ SWIDLER, LLC**
1101 Kings Highway North, Ste. 402
Cherry Hill, NJ 08034
Ph: (856) 685-7420
Fax: (856) 685-7417

Date:   June 14, 2022