# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

HEATHER ROBBINS, individually and on behalf of all other similarly situated persons

Plaintiff,

v.

PLAYHOUSE LOUNGE, et al.

Defendants.

No. 1:19-CV-08387

**ORDER**

**O'HEARN, District Judge**

    **THIS MATTER** having been presented to the Court by the Parties' Consent Motion for Settlement Approval (ECF No. 69) and Motion by Plaintiff Heather Robbins to Seal (ECF No. 68), and for the reasons stated on the record on September 7, 2022, it is hereby ORDERED that,

    **IT IS** on this ___9th___ day of ___September___, 2022,

    **ORDERED** that Plaintiff's Motion to Seal (ECF No. 68) is hereby GRANTED in part as to Exhibit 1-G (ECF No. 69-9) and 1-H (ECF No. 69-11) to the Consent Motion for Settlement Approval (ECF No. 10) which shall be and remain sealed and DENIED in part with respect to all other documents filed with and/or associated with the Consent Motion for Settlement (ECF No. 10); and

    **ORDERED** that the Consent Motion to Settlement Approval is hereby GRANTED in part and DENIED in part. The parties are directed to re-submit revised release agreements for each Plaintiff consistent with the Court's rulings within fourteen (14) days of the date of this Order.

    /s/ *Christine P. O'Hearn*
    **CHRISTINE P. O'HEARN**
    **United States District Judge**